Commonwealth, Appellant, *v.* One Dodge Coupe.

Argued September 30, 1940.

238

 Before

KELLER, P. J., CUNNINGHAM, BALDRIGE, STADTFELD, PARKER, RHODES and HIRT, JJ. 

*Thomas I. Guerin,* with him *Claude T. Reno,* Attorney General, for appellant.

*Edward T. Maguire,* for appellee, filed no brief and did not appear at time of argument.

PER CURIAM, October 9, 1940:

The order of the court below must be reversed on the authority of *Commonwealth v. One Studebaker Sedan,* 140 Pa. Superior Ct. 197, 14 A. 2d 198. The cases do not differ materially in their facts.

The order is reversed and the record is remitted to the court below with directions to enter an order that the automobile in question be forfeited and condemned and delivered to the Liquor Control Board to be disposed of according to law.